IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VANESSA NARIO,                )
                              )
        Plaintiff,             )
                              )
    v.                        )     1:21CV711
                              )
NATIONAL ONDEMAND, INC.,      )
                              )
        Defendant.             )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss, (Doc. 8), is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's FCA retaliation claim (Count I) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's wrongful discharge claim (Count II) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS FURTHER ORDERED** that this action is **DISMISSED.**

This the 27th day of April, 2022.

_____
United States District Judge